IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| TERRANCE LEE,<br>　　　　Petitioner,<br><br>　　　v.<br><br>THE COMMONWEALTH OF<br>PENNSYLVANIA, et al.,<br>　　　　Respondents. | :<br>:<br>:<br>:　Civ. No. 17-3760<br>:<br>:<br>:<br>: |

# **O R D E R**

On July 31, 2017, Petitioner filed this § 2241 Petition (Doc. No. 1) seeking pretrial habeas relief. On November 8, 2017, Magistrate Judge Henry S. Perkin issued a Report and Recommendation (Doc. No. 4) that I dismiss the Petition without prejudice. Petitioner has not filed any objections to the Report and Recommendation.

**AND NOW**, this 4th day of December, 2017, upon consideration of Magistrate Judge Henry S. Perkin's Report and Recommendation (Doc. No. 4), and after an independent review of Petitioner's § 2241 Petition (Doc. No. 1), it is hereby **ORDERED** as follows:

1. The Report and Recommendation (Doc. No. 4) is **APPROVED** and **ADOPTED**;

2. Petitioner's § 2241 Petition (Doc. No. 1) is **DISMISSED without prejudice** for failing to exhaust state court remedies;

3. A certificate of appealability shall **NOT ISSUE**; and

4. The **CLERK OF COURT** shall **CLOSE** this action.

　　　　　　　　　　　　　　　　　　　　　　　**AND IT IS SO ORDERED.**

　　　　　　　　　　　　　　　　　　　　　　　*/s/ Paul S. Diamond*
　　　　　　　　　　　　　　　　　　　　　　　―――――――――――――――
　　　　　　　　　　　　　　　　　　　　　　　Paul S. Diamond, J.